```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

U.S. APRONS, Inc., A Nebraska  )
Corporation,                   )
                               )
            Plaintiff,         )          7:08CV5003
                               )
       V.                      )
                               )
R-FIVE, Inc.,                  )          ORDER
                               )
            Defendant.         )
                               )
```

The plaintiff's unopposed oral motion to continue the deadline for filing the parties' Rule 26(f) planning report is granted. The parties shall file their Rule 26(f) report of parties planning conference on or before August 18, 2008.

DATED this 7th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge