```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| U.S. APRONS, INC., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 7:08CV5003 |
| v. | ) ) | |
| R-FIVE, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

Upon consideration of the parties' response regarding a new trial date, filing no. 60,

IT IS ORDERED:

1. Jury trial is set to commence at 9:00 a.m., February 16, 2010, for a duration of three trial days before the Honorable Richard G. Kopf in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, North Platte, Nebraska. Jury selection will be held at commencement of trial.

2. The parties shall submit an amended joint proposed scheduling order to the undersigned within seven days of today's date.

DATED this 28th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge