IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. APRONS, Inc., A Nebraska Corporation, | ) ) ) | |
| | ) | 7:08CV5003 |
| Plaintiff, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| R-FIVE, Inc., | ) ) ) | |
| Defendant. | ) | |

The parties' joint motion to extend the scheduling order, (filing no. 73), is granted, in part, as follows:

1) The parties intend to file cross-motions for summary judgment. To facilitate the court's ability to fully review these motions prior to trial:

   a. Summary judgment motions shall be filed on or before November 13, 2009;

   b. Any response to the summary judgment motions shall be filed on or before December 3, 2009; and

   c. The motions will be deemed fully submitted on December 4, 2009.

   d. Reply briefs shall not be filed absent leave of the court for good cause shown. See, NEGenR 1.1(c).

2) The discovery and deposition deadline is December 28, 2009. Motions to compel discovery and to require designations of discovery intended to be used at trial must be filed on or before November 30, 2009.

3) Non-expert witness disclosures shall be served, and a redacted version filed, on or before December 2, 2009.

4) Trial exhibit lists shall be served and filed on or before January 4, 2010.

5) The deadline for filing motions to exclude expert testimony on *Daubert* and related grounds is December 7, 2009.

6) Motions in limine shall be filed on or before January 11, 2010. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

DATED this 22nd day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge