IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. APRONS, Inc., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 7:08CV5003 |
| V. | ) ) ) | |
| R-FIVE, Inc., | ) ) | ORDER |
| Defendant. | ) ) ) | |

Having reviewed the parties' submissions regarding Defendant's motions for summary judgment and in limine, the court wishes to consult with counsel regarding whether this case can be resolved on cross-motions for summary judgment. Accordingly,

IT IS ORDERED that counsel shall jointly, and promptly, contact my judicial assistant, Kristin Leininger, to schedule a conference call regarding whether this case can be resolved on cross-motions for summary judgment. Counsel shall have several dates and times available for the conference call in order to accommodate the court's trial schedule.

DATED this 29th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge