IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. APRONS, Inc., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 7:08CV5003 |
| v. | ) ) | |
| R-FIVE, Inc., | ) ) ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) ) | |

The above-captioned case is set to begin trial in North Platte, Nebraska, on Tuesday, February 16, 2010. There is currently pending before the court a summary judgment motion[1] filed by Defendant. (Filing 88.) The parties should be aware that the court will not issue its memorandum and order on the motion for summary judgment until shortly before trial, most likely on or about Friday, February 12, 2010.

IT IS ORDERED that the parties are hereby notified that the court will not issue its memorandum and order on the pending motion for summary judgment (filing 88) until shortly before trial, most likely on or about Friday, February 12, 2010.

DATED this 2nd day of February, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge

---

[1] Due to additional briefing requested by the defendant, this summary judgment motion was not ripe for resolution until January 13, 2010.