IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. APRONS, Inc., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 7:08CV5003 |
| v. | ) ) | |
| R-FIVE, Inc., | ) ) ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) ) ) | |

Because the parties have advised the court that this matter has been settled, and this case has been removed from the trial calendar (filing 147),

IT IS ORDERED that the pending motions in limine (filings 109, 135, 142) are denied as moot.

DATED this 17th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge